[No. 31035-3-III.   Division Three.   June 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GRANT THOMAS McADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-01580-8, Gregory D. Sypolt, J., entered July 19, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 31668-8-III.   Division Three.   June 17, 2014.]

JOHN JENSEN, *Appellant*, v. LINCOLN COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-02275-0, Tari S. Eitzen, J., entered May 6, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.

[Nos. 69513-4-I; 69992-0-I;   Division One.   June 23, 2014.]
    70011-1-I.

DEVON T. JAMES, *Appellant*, v. TERESA ANN WRIGHT ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 07-2-23873-5, Hollis R. Hill, J., entered October 18, 2012. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 69799-4-I.   Division One.   June 23, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. AMY CAROL TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00807-4, Thomas J. Wynne, J., entered December 17, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.